

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2019

No. 04-19-00655-CV

Rosaly **CANALES** d/b/a Marathon Bulk Transport,
Appellant

v.

**CAPITOL AGGREGATES, INC.**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI05174
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

The reporter's record was originally due on October 29, 2019. The court reporter has filed a notice of late reporter's record stating that appellant has failed to request preparation of the reporter's record and to designate which portions of the proceedings are requested to be filed in this appeal. *See* TEX. R. APP. P. 34.6(b)(1).

It is therefore ORDERED that appellant provide written proof to this court **within ten (10) days** from the date of this order showing that a written request has been made to the court reporter designating the portions of the proceedings to be prepared and filed pursuant to TEX. R. APP. P. 34.6 (b)(1), and that either (i) the reporter's fee has been paid or payment arrangements have been made or (2) appellant is entitled to appeal without paying the court reporter's fee.

If appellant fails to respond within the time provided, and the reporter's record is not timely filed, this appeal will be submitted without a reporter's record. *See* TEX. R. APP. P. 37.3(c).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of November, 2019.



Michael A. Cruz,
Clerk of Court